```
LAWRENCE G. BROWN
Acting United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CV-00461-FCD-KJM |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| APPROXIMATELY $133,803.53 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4420842802, HELD IN THE NAME OF ADVANTAGE FINANCIAL GROUP HOLDINGS MANAGEMENT LLC, and | |
| APPROXIMATELY $328,495.75 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4412174338, HELD IN THE NAME OF LOOMIS WEALTH SOLUTIONS LLC, | |
| Defendants. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government

1

1  forfeiture site;
2      2.   Local Rule 83-171, Eastern District of California,
3  provides that the Court shall designate by order the appropriate
4  newspaper or other vehicle for publication;
5      3.   The defendant approximately $133,803.53 in U.S. Currency
6  seized from Washington Mutual Bank, N.A., account #4420842802, held
7  in the name of Advantage Financial Group Holdings Management LLC,
8  and approximately $328,495.75 in U.S. Currency seized from
9  Washington Mutual Bank, N.A., account #4412174338, held in the name
10 of Loomis Wealth Solutions LLC (hereafter "the defendant funds")
11 were seized in the city of Sacramento, in Sacramento County,
12 California.  The Federal Bureau of Investigation published notice
13 of the non-judicial forfeiture of the defendant funds on September
14 26, October 3 and 10, 2008, in the <u>Wall Street Journal</u>.
15     4.   Plaintiff proposes that publication be made as follows:
16          a.   One publication;
17          b.   Thirty (30) consecutive days;
18          c.   On the official internet government forfeiture
19 site www.forfeiture.gov;
20          d.   The publication is to include the following:
21               (1)  The Court and case number of the action;
22               (2)  The date of the arrest/seizure;
23               (3)  The identity and/or description of the property
24 arrested/seized;
25               (4)  The name and address of the attorney for the
26 Plaintiff;
27               (5)  A statement that claims of persons entitled to
28 possession or claiming an interest pursuant to Supplemental Rule

2

1 G(5) must be filed with the Court and served on the attorney for
2 the Plaintiff no later than 60 days after the first day of
3 publication on the official internet government forfeiture site;
4 and
5      (6)  A statement that answers to the Complaint or a
6 motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed.
7 R. Civ. P.") must be filed and served within 20 days after
8 the filing of the claims and that, in the absence thereof, default
9 may be entered and condemnation ordered.

10 Dated: 2/17/09      LAWRENCE G. BROWN
     Acting United States Attorney

/s/ Saralyn M. Ang-Olson
SARALYN M. ANG-OLSON
Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.
Dated: February 20, 2009.

_____
U.S. MAGISTRATE JUDGE

3