```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SARALYN M. ANG-OLSON, SBN 197404
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   2:09-CV-00461-FCD-KJM
                                 )
12           Plaintiff,          )   ORDER FOR EXTENSION OF TIME
                                 )   TO FILE JOINT STATUS REPORT
13       v.                      )
                                 )
14  APPROXIMATELY $133,803.53 IN )
    U.S. CURRENCY SEIZED FROM    )
15  WASHINGTON MUTUAL BANK, ET AL.)
                                 )
16                               )   DATE:      N/A
                                 )   TIME:      N/A
17           Defendants.         )   COURTROOM: N/A
    _____)
18
```

Pursuant to Rule 6-144(a) of the Local Rules of Practice for the United States District Court, Eastern District of California, Plaintiff United States of America ("Plaintiff") hereby requests that the joint status report currently due on April 20, 2009, in the above-captioned matter be continued for approximately 30 days, or effectively be due on **May 20, 2009**. See L. R. 6-144(a).

Plaintiff makes this request for the following reasons: On March 18, 2009, potential claimant, Lawrence Leland "Lee" Loomis ("Loomis") was granted an extension of time to file his claim to the defendant currency to April 27, 2009, because he

1

needed additional time to seek legal representation for the above-captioned civil action. Loomis has not filed any claim in this action. Nor has Loomis presented any counsel in a position to contribute meaningfully either to the process of conferring on this civil matter as required by Fed. R. Civ. P. 26(f) or to the preparation of a resulting joint status report as required by the Court's Order dated February 18, 2009.

    Without delay, counsel for Plaintiff hereby makes the request for an extension of time pursuant to Rule 6-144(d). See L. R. 6-144(d).

    As further required pursuant to Rule 6-144(b), the Plaintiff hereby represents that no prior extensions of time have been sought in regard to the filing of the joint status report. See L. R. 6-144(b).

Dated: April 20, 2009        LAWRENCE G. BROWN
                                Acting United States Attorney


                                /s/ Saralyn M. Ang-Olson
                                Saralyn M. Ang-Olson
                                Special Assistant U.S. Attorney


**ORDER**

    For the reasons set forth above, the parties shall submit a joint status report on or before May 20, 2009.

**IT IS SO ORDERED.**

Dated: April 9, 2009

                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE