```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SARALYN M. ANG-OLSON, SBN 197404
    Special Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  2:09-CV-00461-FCD-KJM
                                       )
12           Plaintiff,                )  ORDER REGARDING EX PARTE
                                       )  MOTION FOR RELIEF FROM
13       v.                            )  NOTICE REQUIREMENTS UNDER
                                       )  BOYLAN
14  APPROXIMATELY $133,803.53 IN U.S.  )
    CURRENCY SEIZED FROM WASHINGTON    )
15  MUTUAL BANK, N.A., ACCOUNT         )
    #4420842802, HELD IN THE NAME OF   )
16  ADVANTAGE FINANCIAL GROUP HOLDINGS )
    MANAGEMENT LLC, and                )
17                                     )
    APPROXIMATELY $328,495.75 IN U.S.  )
18  CURRENCY SEIZED FROM WASHINGTON    )
    MUTUAL BANK, N.A., ACCOUNT         )
19  #4412174338, HELD IN THE NAME OF   )
    LOOMIS WEALTH SOLUTIONS LLC,       )
20                                     )
             Defendants.               )
21  _____)
```

22       Based upon the ex parte motion of the United States of

23  America, the Court makes the following FINDINGS AND ORDER:

24       The victims in the underlying fraud scheme giving rise to

25  this action lack prudential standing to enter this civil

26  forfeiture action.

27  //

28  //

1    As a consequence, the government is hereby relieved of the
2 obligation under <u>Boylan</u> to provide direct written notice under
3 Rule G of the Supplemental Rules for Admiralty or Maritime
4 Claims and Asset Forfeiture Actions to the potential claimants
5 in this action who are victims of the underlying fraud.
6    **IT IS SO ORDERED.**

8 DATED: June 22, 2009

9                                          FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE