LAWRENCE G. BROWN
Acting United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CV-00461-FCD-KJM |
| Plaintiff, | STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE |
| v. | FURTHER JOINT STATUS REPORT; **ORDER** |
| APPROXIMATELY $133,803.53 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4420842802, HELD IN THE NAME OF ADVANTAGE FINANCIAL GROUP HOLDINGS MANAGEMENT LLC, and | |
| APPROXIMATELY $328,495.75 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4412174338, HELD IN THE NAME OF LOOMIS WEALTH SOLUTIONS LLC, | |
| Defendants. | |

    Pursuant to Rule 6-144(a) of the Local Rules of Practice for the United States District Court, Eastern District of California, Plaintiff United States of America ("Plaintiff") and claimant Flagstar Bank ("Flagstar") (collectively, the "Parties"), by and through their respective counsel, agree to and hereby request that the further joint status report currently due on July 30, 2009, pursuant to the Court's Order filed on May 21, 2009, be

1  continued for approximately 19 days, or effectively be due on
2  **August 18, 2009.**
3       The Parties make this request for the following reason:
4  Plaintiff and Flagstar are in the process of exploring possible
5  options for resolving this dispute.  To help inform that process,
6  counsel for both Parties are investigating possible options in
7  the effort to determine the feasibility and/or advisability of
8  various possible outcomes.  Under the circumstances, the Parties
9  are not in a position to contribute meaningfully either to the
10 process of conferring on the matter as required by Fed. R. Civ.
11 P. 26(f) or to the preparation of a resulting joint status report
12 that outlines discovery and other plans of proceeding in
13 litigation as anticipated by the Court's Order on April 9, 2009.
14      As soon as the need has become apparent, the Parties without
15 delay hereby make their request pursuant to Rule 6-144(d).
16 See L. R. 6-144(d).
17      The Parties have previously sought and received one prior
18 extension of a period of 60 days to file a joint status report.
19 See L. R. 6-144(b).

20 Date: July 27, 2009         LAWRENCE G. BROWN
                               Acting United States Attorney
21
22
                                /s/ Saralyn M. Ang-Olson
23                             SARALYN M. ANG-OLSON
                               Special Assistant U.S. Attorney
24

25 Date: July 23, 2009

26                              /s/ Janet Sherman
                               JANET SHERMAN
27                             Attorney for Claimant
                               Flagstar Bank
28
                               (Attorney signature retained on file)

**ORDER**

For the reasons set forth above, the Parties shall submit a further Joint Status Report on or before August 18, 2009.

**IT IS SO ORDERED.**

Dated: July 27, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE