```
LAWRENCE G. BROWN
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $133,803.53 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4420842802, HELD IN THE NAME OF ADVANTAGE FINANCIAL GROUP HOLDINGS MANAGEMENT LLC, and<br><br>APPROXIMATELY $328,495.75 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4412174338, HELD IN THE NAME OF LOOMIS WEALTH SOLUTIONS LLC,<br><br>  Defendants. | 2:09-CV-00461-FCD-KJM<br><br>STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE FURTHER JOINT STATUS REPORT; ORDER |

   Pursuant to Rule 6-144(a) of the Local Rules of Practice for the United States District Court, Eastern District of California, Plaintiff United States of America ("Plaintiff") and claimant Flagstar Bank ("Flagstar") (collectively, the "Parties"), by and through their respective counsel, agree to and hereby request that the further joint status report currently due on August 18, 2009, pursuant to the Court's Order filed on April 9,

2009, be continued for approximately 34 days, or effectively be due on **September 21, 2009.**

The Parties make this request for the following reason: Plaintiff and Flagstar are in the process of exploring possible options for resolving this dispute. Counsel for both Parties are diligently investigating the possible options in the effort to determine the feasibility and/or advisability of various possible outcomes. Under the circumstances, the Parties are not in a position to contribute meaningfully either to the process of conferring on the matter as required by Fed. R. Civ. P. 26(f) or to the preparation of a resulting joint status report that outlines discovery and other plans of proceeding in litigation as anticipated by the Court's Order on April 9, 2009.

As soon as the need has become apparent, the Parties without delay hereby make their request pursuant to Rule 6-144(d). See L. R. 6-144(d).

The Parties have previously sought and received two prior extensions of a total period of 79 days to file a joint status report. See L. R. 6-144(b).

Date: August 14, 2009     LAWRENCE G. BROWN
                          United States Attorney


                          /s/ Saralyn M. Ang-Olson
                          SARALYN M. ANG-OLSON
                          Special Assistant U.S. Attorney


Date: August 14, 2009

                          /s/ Janet Sherman
                          JANET SHERMAN
                          Attorney for Claimant
                          Flagstar Bank

                          (Attorney signature retained on file)

**ORDER**

For the reasons set forth above, the Parties shall submit a further Joint Status Report on or before **September 21, 2009.**
**IT IS SO ORDERED.**

Dated: August 17, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE