```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  SARALYN M. ANG-OLSON, SBN 197404
    Special Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8               IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) 2:09-CV-00461-FCD-KJM
                                     )
12          Plaintiff,               ) STIPULATED REQUEST FOR
                                     ) EXTENSION OF TIME TO FILE
13      v.                           ) FURTHER JOINT STATUS REPORT;
                                     ) ORDER
14  APPROXIMATELY $133,803.53 IN U.S.)
    CURRENCY SEIZED FROM WASHINGTON  )
15  MUTUAL BANK, N.A., ACCOUNT       )
    #4420842802, HELD IN THE NAME OF )
16  ADVANTAGE FINANCIAL GROUP HOLDINGS)
    MANAGEMENT LLC, and              )
17                                   )
    APPROXIMATELY $328,495.75 IN U.S.)
18  CURRENCY SEIZED FROM WASHINGTON  )
    MUTUAL BANK, N.A., ACCOUNT       )
19  #4412174338, HELD IN THE NAME OF )
    LOOMIS WEALTH SOLUTIONS LLC,     )
20                                   )
            Defendants.              )
21  _____)
```

22      Pursuant to Rule 6-144(a) of the Local Rules of Practice for

23 the United States District Court, Eastern District of California,

24 Plaintiff United States of America ("Plaintiff") and claimant

25 Flagstar Bank ("Flagstar") (collectively, the "Parties"), by and

26 through their respective counsel, agree to and hereby request

27 that the further joint status report currently due on

28 September 21, 2009, pursuant to the Court's Order filed on

August 17, 2009, be continued for **approximately 60 days**, or effectively be due on **November 20, 2009.**

    The Parties make this request for the following reason: Plaintiff and Flagstar are in the process of exploring possible options for resolving this dispute.  Counsel for both Parties are diligently investigating the possible options in the effort to determine the feasibility and/or advisability of various possible outcomes.  Under the circumstances, the Parties are not in a position to contribute meaningfully either to the process of conferring on the matter as required by Fed. R. Civ. P. 26(f) or to the preparation of a resulting joint status report that outlines discovery and other plans of proceeding in litigation as anticipated by the Court's Order on April 9, 2009.

    As soon as the need has become apparent, the Parties without delay hereby make their request pursuant to Rule 6-144(d). See L. R. 6-144(d).

    The Parties have previously sought and received three prior extensions of time, for a total period of 113 days to file their joint status report. See L. R. 6-144(b).

Date: September 21, 2009        LAWRENCE G. BROWN
                                United States Attorney


                                /s/ Saralyn M. Ang-Olson
                                SARALYN M. ANG-OLSON
                                Special Assistant U.S. Attorney


Date: September 21, 2009

                                /s/ Janet Sherman
                                JANET SHERMAN
                                Attorney for Claimant
                                Flagstar Bank

                                (Atty signature retained on file)

**ORDER**

For the reasons set forth above, the Parties shall submit a further Joint Status Report on or before **November 20, 2009**.

**IT IS SO ORDERED.**

Dated: September 21, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE