```
BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CV-00461-FCD-KJM |
| Plaintiff, | STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE FURTHER JOINT STATUS REPORT; ORDER |
| v. | |
| APPROXIMATELY $133,803.53 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4420842802, HELD IN THE NAME OF ADVANTAGE FINANCIAL GROUP HOLDINGS MANAGEMENT LLC, and | |
| APPROXIMATELY $328,495.75 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4412174338, HELD IN THE NAME OF LOOMIS WEALTH SOLUTIONS LLC, | |
| Defendants. | |

   Pursuant to Rule 6-144(a) of the Local Rules of Practice for the United States District Court, Eastern District of California, Plaintiff United States of America ("Plaintiff") and claimant Flagstar Bank ("Flagstar") (collectively, the "Parties"), by and through their respective counsel, agree to and hereby request that the further joint status report currently due on November 20, 2009, pursuant to the Court's Order filed on

1  September 21, 2009, be continued for **approximately 68 days**, or
2  effectively be due on **January 27, 2010.**
3      The Parties make this request for the following reason:
4  Plaintiff and Flagstar are in the process of exploring possible
5  options for resolving this dispute.  Counsel for both Parties are
6  diligently investigating the possible options in the effort to
7  determine the feasibility and/or advisability of various possible
8  outcomes.  Under the circumstances, the Parties are not in a
9  position to contribute meaningfully either to the process of
10 conferring on the matter as required by Fed. R. Civ. P. 26(f) or
11 to the preparation of a resulting joint status report that
12 outlines discovery and other plans of proceeding in litigation as
13 anticipated by the Court's Order on April 9, 2009.
14      As soon as the need has become apparent, the Parties without
15 delay hereby make their request pursuant to Rule 6-144(d).
16 See L. R. 6-144(d).
17     The Parties have previously sought and received three prior
18 extensions of time, for a total period of 173 days to file their
19 joint status report.  See L. R. 6-144(b).

20 Date: November 18, 2009        BENJAMIN B. WAGNER
                                   United States Attorney
21
22
                                   /s/ Saralyn M. Ang-Olson
23                                 SARALYN M. ANG-OLSON
                                   Special Assistant U.S. Attorney
24
25 Date: November 18, 2009
26                                 /s/ Janet Sherman
                                   JANET SHERMAN
27                                 Attorney for Claimant
                                   Flagstar Bank
28
                                   (Atty signature retained on file)

                            2     Extension of Time for Joint Status Report

**ORDER**

For the reasons set forth above, the Parties shall submit a further Joint Status Report on or before January 27, 2010.

**IT IS SO ORDERED.**

Dated: November 18, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE