```
BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CV-00461-FCD-KJM |
| Plaintiff, | STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE FURTHER JOINT STATUS REPORT; ORDER |
| v. | |
| APPROXIMATELY $133,803.53 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4420842802, HELD IN THE NAME OF ADVANTAGE FINANCIAL GROUP HOLDINGS MANAGEMENT LLC, and | |
| APPROXIMATELY $328,495.75 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4412174338, HELD IN THE NAME OF LOOMIS WEALTH SOLUTIONS LLC, | |
| Defendants. | |

Pursuant to Rule 6-144(a) of the Local Rules of Practice for the United States District Court, Eastern District of California, Plaintiff United States of America ("Plaintiff") and claimant Flagstar Bank ("Flagstar Bank") (collectively, the "Parties"), by and through their respective counsel, agree to and hereby request that the further joint status report currently due on January 27, 2010, pursuant to the Court's Order filed on

November 19, 2009, be continued for **approximately 44 days**, or effectively be due on **March 12, 2010.**

    The Parties make this request for the following reasons: The Government and Flagstar Bank are in the process of exploring possible options for resolving this dispute, including possibly through the Parties' motions (Flagstar Bank's motion for judgment on the pleadings and the Government's motion to strike Flagstar Bank's claim and answer for lack of standing in opposition thereto), set for hearing on February 12, 2010 at 10:00 a.m. Under the circumstances, the Parties are not in a position to contribute meaningfully either to the process of conferring on the matter as required by Fed. R. Civ. P. 26(f) or to the preparation of a resulting joint status report that outlines discovery and other plans of proceeding in litigation as anticipated by the Court's Order on April 9, 2009.  As soon as the need has become apparent, the Parties without delay hereby make their request pursuant to Rule 6-144(d).  See L.R. 6-144(d).

    The Parties have previously sought and received three prior extensions of time, for a total period of 241 days to file their joint status report.  See L. R. 6-144(b).

Date: January 25, 2010        BENJAMIN B. WAGNER
                                     United States Attorney

                                       /s/
                                     SARALYN M. ANG-OLSON
                                   Special Assistant U.S. Attorney


Date: January 25, 2010

                                   /s/ Janet Sherman
                                   JANET SHERMAN
                                   Attorney for Claimant
                                   Flagstar Bank
                                   (Atty signature retained on file)

**ORDER**

For the reasons set forth above, the Parties shall submit a further Joint Status Report on or before **March 12, 2010**.

**IT IS SO ORDERED.**

Dated: January 25, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE