```
BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $133,803.53 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4420842802, HELD IN THE NAME OF ADVANTAGE FINANCIAL GROUP HOLDINGS MANAGEMENT LLC, and<br><br>APPROXIMATELY $328,495.75 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4412174338, HELD IN THE NAME OF LOOMIS WEALTH SOLUTIONS LLC,<br><br>      Defendants. | 2:09-CV-00461-FCD-KJM<br><br>FINDINGS AND RECOMMENDATIONS |

This matter came before the Honorable Judge Kimberly J. Mueller on plaintiff United States' _ex parte_ motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant funds to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

1

1          1.   This action arose out of a Verified Complaint for
2    Forfeiture In Rem filed February 17, 2009.
3          2.   Plaintiff United States of America has moved this Court,
4    pursuant to Local Rule 540, for entry of default judgment of
5    forfeiture against Lawrence Leland Loomis.
6          3.   Plaintiff has shown that a complaint for forfeiture was
7    filed; that potential claimant Lawrence Leland Loomis received
8    notice of the forfeiture action; that any and all other unknown
9    potential claimants have been served by publication;[1]  and that
10   grounds exist for entry of a final judgment of forfeiture.
11         Therefore, IT IS RECOMMENDED as follows:
12         4.   That Lawrence Leland Loomis be held in default;
13         5.   That plaintiff's motion for default judgment and final
14   judgment of forfeiture be granted;
15         6.   That a judgment by default be entered against any right,
16   title or interest of Lawrence Leland Loomis in the defendant funds;
17         7.   That a final judgment be entered, forfeiting all right,
18   title and interest in the defendant funds to the United States of
19   America, to be disposed of according to law.
20         8.   That the Default Judgment and Final Judgment of Forfeiture
21   lodged herein be signed by the district judge and filed by the
22   Clerk of the Court.
23   Dated:  July 20, 2010.

                                    _____
                                    U.S. MAGISTRATE JUDGE

---

[1] The answer of claimant Flagstaff Bank was stricken by order of the court filed February 10, 2010. Although an appeal of that order was filed on February 18, 2010, the order is a nonappealable interlocutory order, and as such, does not divest this court of jurisdiction to enter default judgment. See Nascimento v. Dummer, 508 F.3d 905, 908 (9th Cir. 2007); 28 U.S.C. § 1292(a).

2