IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CV-00461-FCD-KJM |
| | ) | |
| Plaintiff, | ) | DEFAULT JUDGMENT AND FINAL |
| | ) | JUDGMENT OF FORFEITURE |
| v. | ) | |
| | ) | |
| APPROXIMATELY $133,803.53 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4420842802, HELD IN THE NAME OF ADVANTAGE FINANCIAL GROUP HOLDINGS MANAGEMENT LLC, and | ) ) ) ) ) ) | |
| APPROXIMATELY $328,495.75 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4412174338, HELD IN THE NAME OF LOOMIS WEALTH SOLUTIONS LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter came on before the Honorable Magistrate Judge Kimberly J. Mueller on plaintiff United States' <u>ex parte</u> motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant funds to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. Lawrence Leland Loomis is held in default.

3. A judgment by default is hereby entered against any right, title or interest of Lawrence Leland Loomis in the defendant funds referenced in the above-caption.

4. A final judgment of forfeiture is hereby entered, forfeiting all right, title and interest in the defendant funds to the United States, to be disposed of according to law.

5. All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this 26th day of July, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE