JANET SHERMAN (SBN 98560)
SHERMAN & SHERMAN
A Professional Law Corporation
2115 Main Street
Santa Monica, California  90405
E-Mail:   JanetSher@aol.com
Tele:      310-399-3259
Fax:       310-392-9029

Attorney for Claimant
FLAGSTAR BANK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $133,803.53 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4420842802, HELD IN THE NAME OF ADVANTAGE FINANCIAL GROUP HOLDINGS MANAGEMENT LLC, and<br><br>APPROXIMATELY $328,495.75 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4412174338, HELD IN THE NAME OF LOOMIS WEALTH SOLUTIONS LLC,<br><br>　　　　　Defendants,<br>_____<br><br>FLAGSTAR BANK,<br><br>　　　　　Claimant.<br>_____ | Case No. 2:09-CV-00461-FCD-KJM<br><br>**ORDER STAYING EXECUTION OF JUDGMENT PENDING APPEAL** |

　　GOOD CAUSE APPEARING THEREFOR;

　　IT IS HEREBY ORDERED that execution of the judgment in this case be stayed pending a final decision on the appeal of Claimant, Flagstar Bank.

DATED: July 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE