1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11               Plaintiff,                    No. CIV S-09-0461 GEB CKD

12         vs.

13   APPROXIMATELY $133,803.53
     IN U.S. CURRENCY SEIZED FROM
14   WASHINGTON MUTUAL BANK, et al.,

15               Defendant.                    <u>ORDER</u>

16   _____/

17               The undersigned hereby recuses herself from this action pursuant to 28 U.S.C.

18   § 455 (b)(3).  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

19   randomly refer this case to another magistrate judge for any further proceedings which may be

20   appropriate or required.  All dates set in the above-entitled action before the undersigned are

21   hereby vacated.

22     Dated: March 15, 2012

23                                             _____
                                              CAROLYN K. DELANEY
24                                            UNITED STATES MAGISTRATE JUDGE

25
     4 - usa-133803.rec
26

                                             1