```
1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   (559) 497-4000  Telephone
5  (559) 497-4099  Facsimile

6  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $133,803.53 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A. ACCOUNT # 4420842802, HELD IN THE NAME OF ADVANTAGE FINANCIAL GROUP HOLDINGS MANAGEMENT, LLC;<br><br>APPROXIMATELY $328,495.75 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT # 4412174338, HELD IN THE NAME OF LOOMIS WEALTH SOLUTIONS, LLC,<br><br>Defendants. | 2:09-CV-00461-GEB-EFB<br><br>**STIPULATION TO STAY CIVIL PROCEEDINGS** |

IT IS HEREBY STIPULATED between the United States of America and sole Claimant Flagstar Bank, by and through their respective counsel, that a stay is necessary in the above-entitled action and request the Court enter an order staying proceedings pending resolution in the District Court of the on-going criminal prosecution *United States v. Loomis et al*, 2:12:-CR-00315-KJM.

The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) . The United States contends that the defendant assets are traceable to proceeds of, involved in, or facilitated the violations alleged in the Criminal Indictment (See 2:12-CR-00315-KJM, ECF No. 1).

A stay is appropriate and warranted, and the parties recognize that conducting discovery in this case could adversely affect the United States' ability to effectively pursue the related criminal prosecution. For this reason, the parties jointly request that this matter be stayed pending resolution of the related criminal prosecution in the District Court.

THEREFORE, the parties to this action stipulate and request as follows:

1. Pursuant to 18 U.S.C. §§ 981(g)(1), this action be stayed due to the pending related criminal prosecution;

2. All presently scheduled court dates be vacated; and,

3. The parties are to promptly notify the Court upon resolution of the pending criminal prosecution in the District Court.

Respectfully submitted,

Dated: October 10, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

///

///

Stipulation To Stay of Civil Proceedings

2

1 | Dated: October 10, 2012

/s/ Janet Sherman
JANET SHERMAN
Attorneys for Claimant
Flagstar Bank

IT IS SO ORDERED.

Dated: 10/11/12

United States District Court Judge