UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-CR-00315 JAM |
| Plaintiff, | ) | |
| v. | ) | |
| LEE LOOMIS, ET AL., | ) | |
| Defendants. | ) | RELATED CASE ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:09-CV-00461 TLN-EFB |
| APPROXIMATELY $133,803.53 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A. ACCOUNT #4420842802, HELD IN THE NAME OF ADVANTAGE FINANCIAL GROUP HOLDINGS MANAGEMENT, LLC; | ) | |
| APPROXIMATELY $328,495.75 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4412174338, HELD IN THE NAME OF LOOMIS WEALTH SOLUTIONS, LLC, | ) | |
| Defendants. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal.

1

2005).  Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:09-CV-00461-TLN-EFB be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:09-CV-00461 JAM-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  January 12, 2016

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
United States District Court Judge