McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $133,803.53 IN U.S. CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4420842802, HELD IN THE NAME OF ADVANTAGE FINANCIAL GROUP HOLDINGS MANAGEMENT LLC, AND <br><br> APPROXIMATELY $328,495.75 IN U.S CURRENCY SEIZED FROM WASHINGTON MUTUAL BANK, N.A., ACCOUNT #4412174338, HELD IN THE NAME OF LOOMIS WEALTH SOLUTIONS LLC, <br><br> Defendants. | 2:09-CV-00461-JAM-JDP <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE; CERTIFICATE OF REASONABLE CAUSE |

It is hereby stipulated by and between the United States of America and claimant Flagstar Bank, FSB, by and through their respective counsel of record, as follows:

1. The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. Flagstar Bank filed a Claim to the defendant funds on April 22, 2009 (ECF No. 10) and

1

Stipulation and Order for Dismissal

an Answer on June 11, 2009 (ECF No. 15).  Flagstar Bank is the only claimant in this action.

    3.    The parties are to bear their own costs and attorney fees.

    4.    There was probable cause for the arrest of the defendant funds listed in the above-caption, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

    5.    Nothing in this Stipulation and Order shall affect the rights or obligations of the parties under the Stipulation and Order to Resolve Ancillary Petition Filed By Flagstar Bank, FSB filed in case no. 2:12-CR-00315-JAM.

Dated: 2/9/2021

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  2/10/2021

/s/ Roland P. Reynolds
ROLAND P. REYNOLDS
Attorney for claimant Flagstar Bank, FSB

(Signature retained by attorney)

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed February 17, 2009, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the arrest of the defendant funds listed in the above-caption, and for the commencement and prosecution of this forfeiture action.  The court also DISMISSES with prejudice the pending action, under Federal Rule of Civil Procedure 41(a)(2).

    IT IS SO ORDERED.

DATED:  February 10, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE